JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

W. DOUGLAS SPRAGUE (CSBN 202121)
Assistant United States Attorney

   450 Golden Gate Avenue; Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-7128
   Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 10-0063 WHA |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM APRIL 14, 2010, |
| v. | ) TO MAY 4, 2010, FROM THE SPEEDY TRIAL ACT CALCULATION |
| NORBERTO AGUSTIN, | ) (18 U.S.C. § 3161(h)(7)(A)) |
| Defendant. | ) |

   The parties appeared before United States Magistrate Bernard Zimmerman on April 14, 2010. The Court enters this order scheduling a status hearing before United States District Court Judge William H. Alsup on May 4, 2010, at 2:00 p.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from April 14, 2010, to and including May 4, 2010. The parties agreed, and the Court found and held, as follows:

   1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested exclusion of time would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery.

   2. Accordingly, the Court found that the ends of justice served by excluding the period

STIPULATION AND ORDER
CR 10-0063 WHA

1  from April 14, 2010, to and including May 4, 2010, outweigh the best interest of the public and
2  the defendant in a speedy trial. Id. § 3161(h)(7)(A).
3      3. Therefore, and with the consent of the defendant and his attorney, the Court ordered
4  that the period from April 14, 2010, to and including May 4, 2010, be excluded from Speedy
5  Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).
6      4. The Court scheduled a status hearing before Judge Alsup on May 4, 2010, at 2:00 p.m.
7  IT IS SO STIPULATED.

9  DATED: May 3, 2010              /s/
                                    W. DOUGLAS SPRAGUE
10                                  Assistant United States Attorney

12  DATED: May 3, 2010              /s/
                                    IAN G. LOVESETH
13                                  Attorney for Defendant, Norberto Agustin

15  **IT IS SO ORDERED.**

17  DATED: May ___, 2010            _____
                                    BERNARD ZIMMERMAN
18                                  United States Magistrate Judge

STIPULATION AND ORDER
CR 10-0063 WHA                      2