MELINDA HAAG (CSBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

W. DOUGLAS SPRAGUE (CSBN 202121)
Assistant United States Attorney

   450 Golden Gate Avenue; Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-7128
   Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | No. CR 10-0063 WHA |
| Plaintiff, ) ) | REQUEST AND STIPULATION TO VACATE SENTENCING DATE OF NOVEMBER 16, 2010, AND TO SET DATE FOR STATUS OR CHANGE OF PLEA ON DECEMBER 14, 2010; [~~PROPOSED~~] ORDER |
| v. ) ) | |
| NORBERTO AGUSTIN, ) ) | |
| Defendant. ) ) | |

     This matter is currently set for sentencing on November 16, 2010, at 2:00 p.m.  In preparing for that sentencing hearing, however, the parties discovered a material, mutual mistake in the Plea Agreement.  The parties need additional time to determine whether the mistake will require a new plea agreement.  The parties have notified the Probation Officer of this issue.

     Accordingly, the parties jointly and respectfully request and stipulate that the sentencing hearing currently set for November 16 be vacated, and that this matter be set for status or change of plea on December 14, 2010, at 2:00 p.m., or the next available date for the Court after that date.

     IT IS SO STIPULATED.

//

DATED: November 12, 2010

        /s/
W. DOUGLAS SPRAGUE
Assistant United States Attorney

DATED: November 12, 2010

        /s/
IAN G. LOVESETH
Attorney for Defendant, Norberto Agustin

## [PROPOSED] ORDER

Based upon the joint request and stipulation of the parties, and other good cause appearing, the Court hereby ORDERS:

1. The sentencing hearing currently set for November 16, 2010, at 2:00 p.m. is VACATED; and

2. This matter is set for a status hearing or change of plea hearing on December 14, 2010, at 2:00 p.m.

**IT IS SO ORDERED**.

DATED: November 15, 2010

WILLIAM H. ALSUP
United States District Court Judge