UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NORBERTO C. AGUSTIN,<br><br>    Defendant<br>_____/ | CR. **10-0063-WHA**<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>_____ |

    Defendant NORBERTO C. AGUSTIN, by and through Michael Stepanian on behalf of Ian Loveseth, and Doug Sprague, Assistant United States Attorney hereby stipulate and agree to move to continue the sentencing presently set for Tuesday, March 22, 2011 at 2 p.m. to March 30, 2011, at 11 a.m. This request is made as Mr. Loveseth is unavailable due to illness.

Date:   March 21, 2011                    /s/ Michael Stepanian
                                                 MICHAEL STEPANIAN

Date:   March 21, 2011                    /s/ Doug Sprague
                                                 DOUG SPRAGUE
                                                 Assistant United States Attorney

    IT IS SO ORDERED:

Date: March  22  , 2011

                                                 WILLIAM H. ALSUP
                                                 United States District Court Judge