1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NORBERTO C. AGUSTIN,

        Defendant.

_____/

**CR.  10-0063-WHA**

**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SENTENCING**
_____

    IT IS HEREBY STIPULATED AND AGREED by and between Assistant United States Attorney Doug Sprague and Michael Stepanian, on behalf of Ian Loveseth, counsel for defendant Norberto Agustin, that the sentencing presently set for March 30, 2011 at 2 p.m. be continued to April 26, 2011 at 2 p.m.  Mr. Loveseth is unable to continue as counsel for Mr. Agustin due to illness and new counsel needs to be court-appointed.  The Office of the Federal Public Defender has been advised of this situation and they will be seeking new counsel.  The date requested of April 26th should be

1  sufficient time for new counsel to proceed.

2

3  Date:   March 25, 2011

4                                                      _____
                                                            /s/
5                                                      MICHAEL STEPANIAN
                                                       On Behalf of IAN LOVESETH
6                                                      Counsel for Defendant Norberto Agustin

7

8  Date:   March 25, 2011                             _____
                                                            /s/
9                                                      DOUG SPRAGUE
                                                       Assistant United States Attorney

10

11

12                              **<u>ORDER</u>**

13       IT IS HEREBY ORDERED that based on the stipulation of the parties,

14  sentencing is continued from March 30, 2011 to April 26, 2011 at 2 p.m.

15

16  Date:   March 28, 2011                             _____

17                                                     WILLIAM H. ALSUP
                                                       United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

                                    2