1
2
3
4
5
6                                UNITED STATES DISTRICT COURT
7                              NORTHERN DISTRICT OF CALIFORNIA
8                                    SAN FRANCISCO DIVISION
9
10  UNITED STATES OF AMERICA,                    Case No. CR 10-0063 WHA
11          Plaintiff,                           STIPULATION AND [PROPOSED]
                                                 ORDER RE:  CONTINUE
12                                               SENTENCING HEARING  DATE
        vs.
13
    NORBERTO AGUSTIN,
14
            Defendant.
15
                                          /
16
        Defendant NORBERTO AGUSTIN, by and through his newly appointed counsel Michael
17
    L. Hinckley and Assistant United States Attorney Douglas Sprague, hereby stipulate and agree to
18
    continue and change the currently scheduled court date of April 25, 2010 at 2:00 p.m. for
19
    sentencing to May 10, 2010 for status conference.   The additional time is needed as Mr.
20
    Agustin's prior counsel,  Ian Loveseth, is unavailable to continue in the matter due to a serious
21
    illness.  Current counsel was appointed today and, as such,  needs additional time to review the
22
    discovery, presentence report, and discuss and advise Mr. Agustin.
23
        Assigned United States Probation Officer John Woods has no objection to this request.
24
25
    ///
26
    ///
27
    ///
28

- 1 -

IT IS SO STIPULATED.

Dated: 4/22/2011 .   /s/ Michael Hinckley
MICHAEL L. HINCKLEY
Attorney for Defendant
NORBERTO AGUSTIN

Dated: 4/22/2011 .   /s/ Douglas Sprague
DOUG LAS SPRAGUE
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, Defendant NORBERTO AGUSTIN'S current hearing date is hereby continued and changed from April 25, 2011 at 2:00 p.m. for sentencing to May 10, 2011 at 2:00 p.m. for status conference.

**IT IS SO ORDERED.**

Dated: April 25, 2011. .
HON. WILLIAM H. ALSUP
United States District Court Judge