STIGLICH & HINCKLEY, LLP
MICHAEL L. HINCKLEY (CSBN: 161645)
1306 Pine Street
Walnut Creek, California 94596
Tel[direct]: 415.706.1386
Fax: 925.944.7079

Attorney for Defendant
NORBERTO AGUSTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 10-0063 WHA [BZ] |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: RETURN OF PASSPORT |
| vs. | |
| NORBERTO AGUSTIN, | |
| Defendant. | |

Defendant NORBERTO AGUSTIN, by and through his appointed counsel Michael L. Hinckley and Assistant United States Attorney Douglas Sprague, hereby stipulate and agree that the passport of Mr. Agustin's wife, Eleanor Nora be returned to her. The passport was surrendered as a condition of Mr. Agustin's pretrial release. Good cause exists for returning the passport since Mr. Agustin has been sentenced and has completed serving the custodial portion of his sentence.

IT IS SO STIPULATED.

Dated: 8/26/2011 .            /s/ Michael Hinckley
_____
MICHAEL L. HINCKLEY
Attorney for Defendant

Dated: 8/26/2011 .            /s/ Douglas Sprague
_____
DOUGLAS SPRAGUE
Assistant United States Attorney

- 1 -

## ORDER

Pursuant to stipulation, it hereby ordered that the Clerk of the Court return the passport of Eleanor Nora to her upon her request.

**IT IS SO ORDERED.**

Dated: 30 Aug 11

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

- 2 -